

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,031-02

### IN RE JUAN A. DELEON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1451930D IN THE CRIMINAL DISTRICT COURT NO. 3
### FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, Relator alleges that he has not been properly credited for time held in county jail prior to his conviction. Relator has filed a motion for judgment *nunc pro tunc* that was denied by the trial court. The Second Court of Appeals denied Relator's mandamus in *In Re Juan A. DeLeon*, No. 02-17-00294-CV (Tex. App.—Fort Worth Sept. 8, 2017).

An individual is entitled to all time spent in jail "on said cause." *See* TEX. CODE CRIM. PROC. Art. 42.03. Respondent, the Judge of the Criminal District Court No. 3, shall determine whether Applicant is entitled to time credit from February 16, 2016 to May 4, 2016, and October 7, 2016 to October 25, 2016, while he was in county jail and, if so, whether Applicant has received pre-sentence

credit for this confinement.

This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: April 18, 2018
Do not publish